

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

David Martin Luna,                              * From the 441st District Court
                                                  of Midland County
                                                  Trial Court No. CR48310.

Vs. No. 11-17-00232-CR                          * August 8, 2019

The State of Texas,                             * Memorandum Opinion by Bailey, C.J.
                                                  (Panel consists of: Bailey, C.J.,
                                                  Stretcher, J., and Wright, S.C.J., sitting
                                                  by assignment)
                                                  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.